### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PATRICK LEE OLSON | : | CHAPTER 7 |
| Debtor | : | No. 22-11556-mdc |
| | | |
| MICHAEL WILEY, successor by assignment to MCGRATH TECHNICAL STAFFING, INC. d/b/a MCGRATH SYSTEMS | : | |
| Plaintiff, | : | ADVERSARY ACTION |
| v. | : | NO. 22-00058 |
| PATRICK LEE OLSON | : | |
| Defendant. | : | |

**AMENDED SCHEDULING ORDER**

Upon the agreement of Plaintiff Michael Wiley, successor by assignment to McGrath Technical Staffing, Inc. d/b/a McGrath Systems and Defendant Patrick Lee Olson, it is hereby ORDERED that the Scheduling Order entered by this Court on August 10, 2022, is hereby amended as follows:

A. All discovery shall be completed on or before **December 30, 2022**.

C. All motions to amend the pleadings or for summary judgment shall be filed on or before **January 8, 2023**.

D. All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court on or before **January 23, 2023**.

E. Any objections to the Rule 26(a)(3) disclosures shall be served on opposing parties and filed with the bankruptcy court on or before **January 30, 2023**.

IT IS FURTHER ORDERED THAT the depositions in this matter shall be completed prior to the Trustee's continued Meeting of Creditors, which is currently scheduled for

December 22, 2022.

IT IS FURTHER ORDERED THAT the parties maintain the right to request a further extension of this Amended Scheduling Order in the event that any material discovery issues arise related to the depositions to be held of the parties, including, but not limited to, either of the parties failing to attend the scheduled deposition and/or the depositions revealing additional discovery or documents that are required to be produced.[1]

IT IS FURTHER ORDERED THAT all other provisions of the August 10, 2022 Scheduling Order not modified herein shall remain in full force and effect.

DATED:  December 12, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

---

1 It should be noted that Defendant Olson has claimed that he recently suffered a significant head injury for which he was placed in a medically induced coma.  Defendant's counsel has indicated that Defendant Olson has recovered sufficiently to attend a Zoom deposition; however, in the event that his condition worsens or if he remembers additional documents or information that were previously forgotten due to the injury, the parties request that the Court permit an additional extension to allow for discovery to be fully completed.