UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PATRICK LEE OLSON, | ) | Bankruptcy No. 22-11556-mdc |
| Debtor. | ) | |
| | ) | Chapter 7 |
| | ) | |
| MICHAEL WILEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proc. No. 22-00058 |
| | ) | |
| PATRICK LEE OLSON, | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Defendant/Debtor has filed Defendant's Motion for Summary Judgment in the above-referenced adversary proceeding pending in his Chapter 7 bankruptcy case.

1. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney if you have one in this case. (If you do not have an attorney, you may wish to consult an attorney.)

2. **If you do not want the Court to grant the relief sought in the Motion**, or if you want the Court to consider your views on the Motion, then on or before January 20, 2023**, you or your attorney must file a response to the Motion**.

3. A hearing on the Motion is scheduled to be held on ***Wednesday, February 8, 2023 at 10:30 AM*** before the Hon. Magdeline D. Coleman, Chief United States Bankruptcy Judge in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and grant the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been canceled because no one has filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically under by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

   Office of the Clerk
   U.S. Bankruptcy Court
   900 Market Street, Suite 400
   Philadelphia, PA, 19107

9. **If you mail your response** to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your response to the Motion, you must deliver or mail a copy of your response to Movant's attorney:

    Mark A. Cronin, Esquire
    26 S. Church Street
    West Chester, PA 19382
    (484) 266-0832
    PhilaLaw@aol.com

Date:  January 6, 2023