## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| In Re: Michael Wiley | Chapter: 7 |
| Plaintiff | |
| v. | Bankruptcy No. 22−11556−mdc |
| Patrick Lee Olson | |
| Defendant | Adversary No. 22−00058−mdc |

---

### *NOTICE OF TRIAL*

PLEASE TAKE NOTICE that a TRIAL will be held on the above captioned matter before the Honorable Magdeline D. Coleman , United States Bankruptcy Court

    on: 8/8/23

    at: 12:30 PM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Dated: 7/5/23

    For The Court

    Timothy B. McGrath
    Clerk of Court