United States Bankruptcy Court

Eastern District of Pennsylvania

Wiley,
    Plaintiff

Olson,
    Defendant

Adv. Proc. No. 22-00058-mdc

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 05, 2023 | Form ID: 169 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Michael Wiley, 1787 Sentry Parkway West, Blue Bell, PA 19422-2212 |
| dft | + | Patrick Lee Olson, 101 Blossom Way, Pottstown, PA 19465-8574 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MARK A. CRONIN | on behalf of Defendant Patrick Lee Olson bkgroup@kmllawgroup.com |
| PHILLIP D. BERGER | on behalf of Plaintiff Michael Wiley berger@bergerlawpc.com  kaufmann@bergerlawpc.com |

TOTAL: 2

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael Wiley                                    Chapter: 7

                Plaintiff

      v.                                    Bankruptcy No. 22−11556−mdc

Patrick Lee Olson

                Defendant            Adversary No. 22−00058−mdc

_____

### NOTICE OF TRIAL

PLEASE TAKE NOTICE that a TRIAL will be held on the above captioned matter before the
Honorable Magdeline D. Coleman , United States Bankruptcy Court

    on: 8/8/23

    at: 12:30 PM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Dated: 7/5/23

                              For The Court

                              Timothy B. McGrath
                              Clerk of Court