*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

| | |
|---|---|
| IN RE: PATRICK LEE OLSON | CHAPTER 7 |
| Debtor | No. 22-11556-mdc |
| MICHAEL WILEY, successor by assignment to MCGRATH TECHNICAL STAFFING, INC. d/b/a MCGRATH SYSTEMS | |
| Plaintiff, | ADVERSARY ACTION |
| v. | NO. 22-00058 |
| PATRICK LEE OLSON | |
| Defendant. | |

## PRE-TRIAL DISCLOSURE REQUIREMENTS

### PLAINTIFF'S REMOTE WITNESS LIST

1. Michael Wiley
    a. Mr. Wiley is the Plaintiff in this matter.
    b. Has knowledge of the facts of this matter. Will testify on his first hand experience in this matter.
    c. mwiley@mpowerpeople.net
    d. Rosemont, PA, USA
    e. Mr. Wiley will testify from counsel's office
    f. Mr. Wiley's counsel will be present in the room with Mr. Wiley
    g. Mr. Wiley will be given a copy of the Exhibits identified in Plaintiff's Exhibit List

2. Henry Hoffman
    a. Mr. Hoffman is a real estate appraiser at H.M. Hoffman & Company
    b. Mr. Hoffman will testify as to the appraised value of the Debtor's residence. It should be noted that this is not an issue for the Adversary Trial, but for the hearing on the Debtor's Motion to Avoid Lien. However, since the hearings will be held at the same time, Plaintiff is identifying Mr. Hoffman in this Witness List.
    c. info@hmhoffmanco.com
    d. Narberth, PA, USA
    e. Mr. Hoffman will testify from his office.
    f. Mr. Hoffman will be alone in his office at the time of the testimony.

    g. Mr. Wiley will be given a copy of his Appraisal of the Debtor's residence, which appraisal is not included in Plaintiff's Exhibit List, as it is not relevant to the Adversary Action, but is germane to the Debtor's Motion to Avoid Lien.

3. Defendant Patrick Lee Olson

## PLAINTIFF'S EXHIBIT LIST

1. Spreadsheet of Transfer to Olson – from Plaintiff's Document Production;

2. The Statement of Work/Contract for the CSS Project – from Plaintiff's Document Production;

3. The Note and Guaranty;

4. Email dated April 2, 2018 – from Plaintiff's Document Production;

5. The Restitution Judgment; and

6. The Judgment.

7. To be provided at the hearing: Mr. Hoffman's Appraisal of the Debtor's Residence – Note that this Exhibit is being offered as evidence with regard to the hearing on Debtor's Motion to Avoid Lien.

BERGER LAW GROUP, PC

Dated: 8/1/23      By: _____
PHILLIP D. BERGER, ESQUIRE
919 Conestoga Road, Building 3, Suite 114
Rosemont, PA 19010
(610) 668-0800
PA ID #58942