UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PATRICK LEE OLSON, | ) | Bankruptcy No. 22-11556-mdc |
| Debtor. | ) | |
| | ) | Chapter 7 |
| | ) | |
| MICHAEL WILEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proc. No. 22-00058 |
| | ) | |
| PATRICK LEE OLSON, | ) | |
| Defendant. | ) | |

**<u>DEFNDANT'S EXHIBIT LIST</u>**

Defendant Patrick Lee Olson, by and through his undersigned counsel, hereby submits this Exhibit List for the Trial in this adversary proceeding for Tuesday, August 8, 2023, at 12:30 pm. Defendant's Exhibit List is as follows:

D-1 Complaint filed in Montgomery County CCP, Default Judgment, Assignment and Transfer of Judgment to Chester County CCP;

D-2 Assignment of Judgment from McGrath Staffing;

D-3 Spreadsheet of payments regarding Projects between the parties' companies;

D-4 2020 Schedules and Statement of Financial Affairs in Plaintiff's Chapter 7 case, case number 20-13273-MDC;

D-5 Montgomery County civil restitution Judgment against Defendant;

D-6 Transcript of Plaintiff's deposition on 12/22/22.

.
/s/ *Mark A. Cronin*
Mark A. Cronin, Esq.
701 Market St., Suite 5000
Philadelphia, PA 19106
(484) 266-0832
mcronin@kmllawgroup.com
Attorney for Defendant Patrick Lee Olson