UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PATRICK LEE OLSON, | ) | Bankruptcy No. 22-11556-mdc |
| Debtor. | ) | |
| | ) | Chapter 7 |
| | ) | |
| MICHAEL WILEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proc. No. 22-00058 |
| | ) | |
| PATRICK LEE OLSON, | ) | |
| Defendant. | ) | |

## STIPULATION REGARDING JOINT PRE-TRIAL STATEMENT

Plaintiff and Defendant, by and through their undersigned counsel, respectfully agree to the following stipulation:

1. On February 4, 2023, the parties filed a Joint Pre-Trial Statement with this Honorable Court pursuant to the Pretrial Scheduling Order issued by this Court on August 10, 2022.

2. A Pretrial Conference was held telephonically on March 1, 2023.

3. On July 10, 2023, this Honorable Court entered a Scheduling Order governing evidentiary trial conducted remotely by videoconference, including submitting a Joint Pretrial Statement on or before August 1, 2023 in advance of the Zoom trial to be held August 8, 2023 at 12:30 pm.

4. Counsel agree that the Joint Pre-Trial Statement already filed in this case substantially comports to the requirements set forth in the August 1, 2023 Scheduling Order and

succinctly raises the substantial uncontested and contested facts as well as the issues to be litigated in this adversary proceeding.

5. Counsel respectfully requests that this Honorable Court allow use of the Joint Pre-Trial Statement for the upcoming trial August 8, 2023, in lieu of filing a new Joint-Pretrial Statement.

Respectfully submitted,

BERGER LAW GROUP P.C.

/s/ *Phillip D. Berger*
Phillip D. Berger, Esq.
919 Conestoga Road
Building 3, Suite 114
Rosemont, PA 19010
(610) 668-0800
berger@bergerlawpc.com
Attorney for Plaintiff Michael Wiley

KML Law Group, P.C.

/s/ *Mark A. Cronin*
Mark A. Cronin, Esq.
701 Market St., Suite 5000
Philadelphia, PA 19106
(484) 266-0832
mcronin@kmllawgroup.com
Attorney for Defendant Patrick Lee Olson

The parties' Stipulation to use the Joint Pre-Trial Statement filed February 4, 2023, in this adversary proceeding, in lieu of filing a new Joint Pre-Trial Statement is hereby APPROVED.

BY THE COURT:

Date 08/02/2023

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

2